Before the First Division, November 17, 1943

**No. 48966.**—Protest 103665–K of M. Pressner & Co. (New York).

Opinion by Oliver, P. J. In accordance with stipulation of counsel and on the authority of Abstract 44028, the record in which was incorporated herein, the claim under paragraph 412 was sustained.

Before the Second Division, November 17, 1943

**No. 48967.**—Protests 898166–G, etc., of F. Blumenthal & Co. (New York).

Opinion by Tilson, J. The record showed that certain of the items in question are similar to those involved in Abstract 47291, the record in which was admitted in evidence herein. In accordance therewith the claim at only 25 percent under paragraph 1504 (b) (1) was sustained.

**No. 48968.**—Protest 934889–G of Henry Pollak, Inc. (New York).

Opinion by Tilson, J. It was stipulated that the merchandise consists of hats or hoods composed of ramie and cellophane (racello) similar to those involved in Abstract 47291, which record was admitted in evidence herein. In accordance therewith the claim at 25 percent under paragraph 1504 (b) (1) as hats or hoods in chief value of ramie, not blocked or trimmed, and not bleached, dyed, colored, or stained, was sustained.

**No. 48969.**—Protests 3491–K, etc., of John Zimmermann Co. (New York).

Opinion by Tilson, J. The record showed that certain of the items consist of hemp hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) and that others consist of knotted or fancy hemp hats similar to those involved in Abstract 46497. The records in those cases were admitted in evidence herein. In accordance therewith the protests were sustained as to the items in question.

**No. 48970.**—Protests 14950–K, etc., of Henry Pollak, Inc. (New York).

Opinion by Tilson, J. The record showed that certain of the merchandise consists of hats or hoods composed of ramie and cellophane (racello) similar in all material respects to those involved in Abstract 47291, which record was admitted in evidence herein. In accordance therewith the claim at only 25 percent under paragraph 1504 (b) (1) was sustained.